IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | |
|---|---|
| EDMOND DOUGLAS and<br>LITHONIA LOFTS LLC,<br><br>Plaintiffs,<br><br>v.<br><br>BANK OF AMERICA and BBT&T,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)  CV 110-072<br>)<br>)<br>)<br>) |

**ORDER**

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court. Therefore, Plaintiffs' complaint is **DISMISSED** without prejudice for failure to timely effect service, and this civil action is **CLOSED**.

SO ORDERED this 18th day of November, 2010, at Augusta, Georgia.

J. RANDAL HALL
UNITED STATES DISTRICT JUDGE